**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Douglas Lavance Young, Appellant.

Appellate Case No. 2019-002034

---

Appeal From Charleston County
Edgar W. Dickson, Circuit Court Judge

---

Unpublished Opinion No. 2022-UP-041
Submitted January 1, 2022 – Filed February 9, 2022

---

**APPEAL DISMISSED**

---

Appellate Defender Adam Sinclair Ruffin, of Columbia, and Douglas L. Young, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.